Appeal of **WILBERT J. AUSTIN.**          Docket No. 82.

Deficiency to be determined in accordance with stipulation.

Submitted October 15, 1924; decided October 18, 1924.

No appearance for the taxpayer.

*Robert A. Littleton, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

DECISION.

The taxpayer and the Commissioner having agreed that the item of $12,740.03, claimed as a deduction for loss on sale of stocks and bonds in the taxpayer's 1920 income tax return, should be disallowed to the extent of $1,131.90, the deficiency should be computed accordingly.

Final decision of this Board will be settled on consent or on seven days' notice by either party.